RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Clayton Call

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CLAYTON CALL,<br><br>                    Defendant. | 2:06-cr-00397-JCM<br><br>**MEMORANDUM AND PROPOSED ORDER** |

COMES NOW, the defendant CLAYTON CALL, by and through counsel Monique Kirtley, Assistant Federal Public Defender who submits this memorandum and proposed order.  This memorandum is made based on all prior proceedings had herein and the attached memorandum of points and authorities.

DATED this 3rd day of May, 2013.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        /s/ Monique Kirtley
                                        By_____
                                        MONIQUE KIRTLEY
                                        Assistant Federal Public Defender

MEMORANDUM

On April 25, 2013, Mr. Call appeared on a petition to Revoke Supervised Release. The violation of supervised released hearing was held before Judge Philip M. Pro. At the hearing, the Court ordered that Mr. Call's revocation petition be held in abeyance for six months. The Court continued Mr. Call on supervision under the previous conditions imposed. Additionally, the Court modified Mr. Call's conditions of supervision and added the following conditions: (1) that the Defendant shall reside at and participate in the program of a residential re-entry center for a period of up to six months as approved and directed by the probation officer; and (2) Defendant shall be confined to home confinement with location monitoring, if available for a period of three months and the defendant shall pay 100% of the costs of the location monitoring services. Mr. Call was remanded into custody until space was available at a residential re-entry center.

On May 3, 2013, USPO Ben Johnson informed undersigned counsel that space was available for Mr. Call at the Las Vegas residential re-entry center. However, the re-entry center would not accept Mr. Call without an order from the Court.

Therefore, Mr. Call respectfully requests that this Court sign the attached proposed order so that the residential re-entry center will allow Mr. Call to reside at the re-entry center for a period of up to six months as approved and directed by the probation officer.

DATED this 3rd day of May, 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

/s/ Monique Kirtley
By:_____
MONIQUE KIRTLEY
Assistant Federal Public Defender
Counsel for Clayton Call

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:06-cr-00397-JCM |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| CLAYTON CALL, | |
| Defendant. | |

Defendant, Clayton Call, having appeared in Court on April 25, 2013, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall reside at and participant in the program of a residential re-entry enter for a period of up to six months as approved and directed by the probation officer.

DATED May 3, 2013.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law Offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on May 3, 2013, I served an electronic copy of the above and foregoing **MEMORANDUM AND PROPOSED ORDER**, by electronic service (ECF) to the persons named below:

> DANIEL G. BOGDEN
> United States Attorney
> ROBERT A. BORK
> Assistant United States Attorneys
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

> /s/ Blanca Lenzi
> _____
> Employee of the Federal Public Defender